THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ROSALIND WANG (State Bar No. 218626)
Assistant United States Attorney
      1400 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone : (213) 894-8452
      Facsimile: (213) 894-0142
      e-mail: rosalind.wang@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 07-01213-MMM |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER DISMISSING DEFENDANTS BARRY WILLIAMS AND ELI SIMMERMAN FROM INDICTMENT WITHOUT PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a) |
| v. | ) | |
| | ) | |
| BARRY WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and upon the government's motion:

    IT IS HEREBY ORDERED that defendants BARRY LLOYD WILLIAMS and ELI CRISPIN SIMMERMAN are dismissed from the indictment in the above-referenced case without prejudice. Defendant BARRY LLOYD WILLIAMS's bond is hereby exonerated.

    IT IS SO ORDERED.

Dated: February 11, 2009

*Margaret M. Morrow*
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE